## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| Vivian Woods-Flowers,<br><br>                    Plaintiff,<br>     v.<br><br>Biltmore Asset Management, LLC,<br><br>                    Defendant. | Civil Action No.: 1:13-cv-01191-KBJ |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 21, 2013

                              Respectfully submitted,

                              By  */s/ Jody B. Burton*

                              Jody B. Burton, Esq.
                              LEMBERG & ASSOCIATES L.L.C.
                              1100 Summer Street, 3rd Floor
                              Stamford, CT 06905
                              Telephone: (203) 653-2250
                              Facsimile:  (203) 653-3424
                              E-mail: jburton@lemberglaw.com
                              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Jody B. Burton*
Jody B. Burton